AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff-Respondent,

v.

DEVIN RAY KELBCH,

          Defendant-Petitioner.

JUDGMENT

Case Number: **3:17-cr-00040-LRH-WGC**
(Related Case  3:20-cv-00361-LRH)

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Kelbch's Motion to Vacate, Set Aside, or Correct Sentence (ECF No. 36) is **DENIED**.
    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.
    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly.



Date: January 11, 2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk